**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROBERT P. MADIGAN

                        Plaintiff,                        19 **CIVIL** 5725 (AEK)

      -v-                                         **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated March 29, 2022, Plaintiff's motion for judgment

on the pleadings is DENIED, the Commissioner's motion for remand is GRANTED, and the case

is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. §

405(g).

**Dated:**  New York, New York
          March 29, 2022

                                    **RUBY J. KRAJICK**
                                   _____
                                    **Clerk of Court**
         **BY:**    K. mango
                                    _____
                                      **Deputy Clerk**